**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Rori J. Turner | : | |
| Debtor | : | Bankruptcy No. 25-10872-djb |

**ORDER DISMISSING CASE**

AND NOW, As stated on the record on April 1, 2025, the deadline for Debtor to file all remaining Schedules and Statements was extended to April 16, 2025, and if all required documents were not timely filed, then this case would be dismissed. It is so Ordered that, since all required documents have not been filed prior to the date of this Order, then this case is hereby DISMISSED.

DATE:

**Date: April 21, 2025**

_____
Derek J. Baker
*United States Bankruptcy Judge*